UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-05912-SPG | Date | December 13, 2024 |
| Bankr. No. | 2:21-bk-18868-VZ | | |
| Adv. No. | 2:22-ap-01082-VZ | | |
| Title | In re Weed Cellars, Inc. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER WITHDRAWING MOTION FROM PROCEEDING [ECF NO. 11]**

On July 21, 2023, jurisdiction over Adversary Proceeding No. 2:22-ap-01082-VZ was referred to this Court pursuant to 28 U.S.C. § 157(d). (ECF No. 1). This Court adjudicated various matters in the Adversary Proceeding, and on July 2, 2024, the Court issued an Order Adopting, in Part, Conclusions of Report and Recommendation of United States Bankruptcy Judge; Granting Defendants' Motion for Summary Judgment; and Granting W Licensing, LLC's Request for Attorneys' Fees. (ECF No. 6 ("Order")). Pursuant to the Order, W Licensing, LLC filed a Motion for Attorney's Fees and for Further Relief. (ECF No. 11 ("Fees Motion")).

The Court has read and considered the Fees Motion and, consistent with its Order issued on October 4, 2024, (ECF No. 18), has determined that the Fees Motion is appropriate for determination by the United States Bankruptcy Court of the Central District of California ("Bankruptcy Court"). Accordingly, pursuant to 28 U.S.C. §§ 157(a) and (d), the Court refers jurisdiction over the Fees Motion to the Bankruptcy Court for final determination.

**IT IS SO ORDERED.**

:

Initials of Preparer   pg

CC:  Hon. Vincent P. Zurzolo
United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360 / Courtroom 1368

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-05912-SPG | Date | December 13, 2024 |
| Bankr. No. | 2:21-bk-18868-VZ | | |
| Adv. No. | 2:22-ap-01082-VZ | | |
| Title | In re Weed Cellars, Inc. | | |

Los Angeles, CA 90012